1   **THORNTON DAVIDSON** #166487
    THORNTON DAVIDSON & ASSOCIATES
2   2055 San Joaquin Street
    Fresno, CA 93721
3   Telephone: (559)256-9800
    Facsimile: (559)256-9795
4   e-mail: thorntondavidson@aol.com

5   Attorney for Plaintiff, ALFRED GRAYSON

6   **CAROLYN A. KNOX** #181317
    SEYFARTH SHAW
7   560 E. Mission St., Ste. 3100
    San Francisco, CA 94105
8   Telephone: (415)397-8146
    Facsimile: (415)397-8549
9   e-mail: Cknox@seyfarth.com

10  Attorney for Defendant, W.B. JOHNSON GROUP
    LONG TERM DISABILITY PLAN

11

12                  UNITED STATES DISTRICT COURT FOR

13                  THE NORTHERN DISTRICT OF CALIFORNIA

14

15  ALFRED GRAYSON,                          ) Case No.: C 06-2194 SC
                                             )
16          Plaintiff,                       )
                                             ) **STIPULATION TO CONTINUE CASE**
17  v.                                       ) **MANAGEMENT CONFERENCE**
                                             ) **[PROPOSED] ORDER**
18  W.B. JOHNSON PROPERTIES GROUP            )
    LONG TERM DISABILITY PLAN, LIFE          ) Date:   July 28, 2006
    INSURANCE COMPANY OF NORTH               ) Time:   10:00 a.m.
19  AMERICA                                  ) Judge: Honorable Samuel Conti
                                             ) Courtroom: 1
20          Defendants.                      )
                                             )
21

22          It is hereby stipulated by and between plaintiff Alfred Grayson and defendant W.B. Johnson

23  Properties Group Long Term Disability Plan; Life Insurance Company of North America through

24  counsel of record that:

25          1.   The parties have agreed to non-binding mediation with Catherine Yanni, Esq.

26          2.   The mediation is scheduled for August 23, 2006.

27          3.   Counsel for both parties are reasonably optimistic that the matter can be resolved at

28               the above referenced mediation.

4.     Therefore, in the interest of judicial economy, good cause exists to continue the Case Management Conference currently set for July 28, 2006 until September 22, 2006, at 10:00 a.m. in Courtroom 1.

Dated: July 13, 2006

THORNTON DAVIDSON
Attorney for Plaintiff,
ALFRED GRAYSON

Dated: July 13 , 2006

CAROLYN A. KNOX
Attorney for Defendant,
W.B. JOHNSON PROPERTIES
GROUP LONG TERM DISABILITY
PLAN; LIFE INSURANCE COMPANY
OF NORTH AMERICA

## ORDER

Good cause appearing, it is so ordered. The Case Management Conference currently set for July 28, 2006 is continued to September 22, 2006, at 10:00 a.m in Courtroom 1.

Dated: 7/25/06

HONORABLE
United

IT IS SO ORDERED

Judge Samuel Conti