1  THORNTON DAVIDSON & ASSOCIATES
   Thornton Davidson (SBN:166487)
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone: (559) 256-9800
   Facsimile: (559)256-9795
4  Email: thorntondavidson@aol.com

5  Attorneys for Plaintiff
   ALFRED GRAYSON
6

7  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
8  E-mail: cknox@seyfarth.com
   560 Mission Street, Suite 3100
9  San Francisco, CA 94105
   Telephone:   (415) 397-2823
10 Facsimile:   (415) 397-8549

11 Attorneys for Defendants
   W.B. JOHNSON PROPERTIES GROUP LONG TERM
12 DISABILITY PLAN and LIFE INSURANCE COMPANY
   OF NORTH AMERICA
13
                   UNITED STATES DISTRICT COURT
14
        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

| ALFRED GRAYSON, | ) | Case No. 06-2194 SC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** |
| v. | ) ) ) |  |
| W.B. JOHNSON PROPERTIES GROUP LONG TERM DISABILITY PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) ) |  |
| Defendants. | ) ) ) |  |

Plaintiff ALFRED GRAYSON and Defendants W.B. JOHNSON PROPERTIES GROUP LONG TERM DISABILITY PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

1
Stip. of Dismissal with Prejudice and [Proposed] Order / C06-2194 SC

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

Dated: August 25, 2006

THORNTON DAVIDSON & ASSOCIATES

_____
Thornton Davidson
Attorneys for Plaintiff
ALFRED GRAYSON

DATED: August 25, 2006

SEYFARTH SHAW LLP

_____
Carolyn A. Knox

Attorneys for Defendants
W.B. JOHNSON PROPERTIES GROUP LONG TERM DISABILITY PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA

**IT IS SO ORDERED.**

DATED: August 29, 2006

IT IS SO ORDERED
Judge Samuel Conti

SF1 28263772.1 / 25399-000152

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF SAN          )
FRANCISCO

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On August 29, 2006, I served the within documents:

**Stipulation of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a) and [Proposed] Order**

☐    I sent such document from facsimile machine (415) 397-8549 on August 29, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☑    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Thornton Davidson, Esq.
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, CA 93721

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

     Executed on August 29, 2006, at San Francisco, California.

_/s/ Karen A. Rodrigues_
Karen A. Rodrigues